1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN PALACIOS (1),<br>FRANCISCO JAVIER ALARID (2),<br>HARVEY M BELLO (3),<br>ALICIA FIMBRES (4),<br><br>Defendant. | CASE NO.: 23CR826-GPC<br><br>**Order Continuing Motion Hearing / Trial Setting**<br><br>**[ECF No. 83]** |
|---|---|

The parties' joint motion to continue the Motion Hearing/Trial Setting from January 16, 2024 to February 13, 2024 at 1:30 p.m. is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated:  January 11, 2024

Hon. Gonzalo P. Curiel
United States District Judge